**Order filed, November 28, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00704-CR
_____

**CHRISTI ANN HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court
Waller County, Texas
Trial Court Cause No. 13,756**

---

### ORDER

The reporter's record in this case was due **September 14, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Katheryne Kyriell and Vicki Brown**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM